**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01345-CV

**NEXBANK, SSB, Appellant**

**V.**

**WINSTEAD PC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01816**

## ORDER

Before the Court is appellant's April 30, 2019 unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 7, 2019.

/s/ KEN MOLBERG
   JUSTICE